IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P. and TCD ROYALTY SUB LP, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | C.A. No. 22-724 (SB) |
| APOTEX INC. and APOTEX CORP., | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to file an interim status report pursuant to paragraph 16 of the Scheduling Order (D.I. 24) is extended to September 6, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs Galderma Laboratories, L.P. and TCD Royalty Sub LP*

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

September 1, 2023

SO ORDERED this __1__ day of ___September___, 2023. This Court will not look kindly on further requests for extensions.

_____
United States District Court Judge