IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P. and TCD ROYALTY SUB LP, | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 22-724 (SB) |
| v. | ) ) ) |
| APOTEX INC. and APOTEX CORP., | ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the Court's Scheduling Order (D.I. 24) be modified as follows:

| Event | Current Schedule | New [Proposed] Schedule |
|---|---|---|
| Discovery Cut Off | Dec. 1, 2023 | Jan. 25, 2024 |
| Supplementation of Infringement Contentions | Dec. 15, 2023 | Feb. 1, 2024 |
| Supplementation of Invalidity Contentions | Dec. 22, 2023 | Feb. 8, 2024 |
| Opening Expert Reports | Jan. 19, 2024 | Feb. 15, 2024 |
| Rebuttal Expert Reports | Feb. 23, 2024 | Mar. 22, 2024 |
| Reply Expert Reports | Mar. 29, 2024 | Apr. 19, 2024 |
| Expert Depositions | Apr. 19, 2024 | May 10, 2024 |
| Objections to Expert Testimony | Apr. 26, 2024 | May 17, 2024 |
| File Proposed Final Pretrial Order | May 17, 2024 | June 6, 2024 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Jeremy A. Tigan* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| OF COUNSEL: | OF COUNSEL: |
| Gerald J. Flattmann, Jr.<br>Andrew J. Cochran<br>Margaret A. Barone<br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, NY 10005<br>(212) 701-3000 | Deepro R. Mukerjee<br>Lance A. Soderstrom<br>KATTEN MUCHIN ROSENMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020<br>(212) 940-8800 |
| *Attorneys for Plaintiffs Galderma Laboratories, L.P. and TCD Royalty Sub LP* | Joseph M. Janusz<br>KATTEN MUCHIN ROSENMAN LLP<br>550 South Tryon Street, Suite 2900<br>Charlotte, NC 28202<br>(704) 444-2200 |
| | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| October 31, 2023 | |

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Stephanos Bibas,
U.S. Court of Appeals for the Third Circuit